IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **KELLY BAKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO.:  07-CV-1615** |
| **vs.** | ) | |
| | ) | **JUDGE DER-YEGHIAYAN** |
| **ACT II JEWELRY LLC,** | ) | **MAG. JUDGE NOLAN** |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE

It is hereby stipulated, by and between the Plaintiff, KELLY BAKER, and the Defendant, ACT II JEWELRY, INC., acting through their respective attorneys, that the above-captioned litigation be dismissed with prejudice and without costs or attorneys' fees, all matters in controversy for which the action was brought having been resolved between the parties.

Dated this 2nd day of November 2007.

/s/ Jeffrey Risch
**Attorney for Defendant**
WESSELS & PAUTSCH, P.C.
Dunham Center
2035 Foxfield Drive
St. Charles, IL 60174
Telephone: (630) 377-1554
Fax: (630) 377-1653
Attorney Email: jerisch@stch.w-p.com

/s/ George Frederick
**Attorney for Plaintiff**
Mirabella, Kincaid, Frederick & Mirabella, P.C.
1737 S. Naperville Road, Suite 100
Wheaton, IL 60187
Telephone: (630) 665-7300
Fax: (630) 665-7609
Attorney Email: mkpclaw@aol.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| KELLY BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.:  07-CV-1615 |
| vs. | ) | |
| | ) | JUDGE DER-YEGHIAYAN |
| ACT II JEWELRY LLC, | ) | MAG. JUDGE NOLAN |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of November 2007, he served a true and correct copy of **JOINT STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing upon the following individual(s):

George S. Frederick
Mirabella, Kincaid, Frederick & Mirabella, P.C.
1737 S. Naperville Road, Suite 100
Wheaton, IL 60187

s/ Jeffrey A. Risch
Jeffrey A. Risch